*JACQUELINE M. JAMES, ESQ.*

THE JAMES LAW FIRM                    T: (914) 358 6423
445 HAMILTON AVENUE                   F: (914) 358 6424
SUITE 1102                            JJAMES@JACQUELINEJAMESLAW.COM
WHITE PLAINS, NY 10601                JACQUELINEJAMESLAW.COM

March 4, 2026

The Honorable Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: 1:25-cv-10619-MMG; Plaintiff's Request for an Extension of Time Within Which to Effectuate Service on Defendant**

Dear Judge Garnett,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On December 22, 2025, Plaintiff filed the instant case against John Doe subscriber assigned IP address 67.245.153.217 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On January 14, 2026, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP.

On February 12, 2026, the Court granted Plaintiff leave to serve a third-party subpoena. Plaintiff served Defendant's ISP with a third-party subpoena on or about February 19, 2026, and in accordance with the time allowances provided to both the ISP and Defendant, expects to receive the ISP response on or about June 29, 2026.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effect service on the Defendant no later than March 22, 2026. Because Plaintiff does not expect to receive the ISP response until June 29, 2026 and Defendant's identity is unknown to Plaintiff at this time, Plaintiff is unable to comply with the current deadline to effect service of process.

1

Plaintiff respectfully requests that the deadline to effect service be extended for sixty (60) days from June 29, 2026 (the date Plaintiff expects to receive the ISP response), and thus the deadline to effect service be extended to August 28, 2026.  This extension should allow Plaintiff time to receive the ISP response, to conduct a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action, and, if a good faith basis continues to exist, to proceed against that individual (or someone else), amend the Complaint to name the Defendant and attempt to effect service of process on that individual.

For the foregoing reasons, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended to August 28, 2026.

Respectfully Submitted,

GRANTED.  The deadline for Plaintiff to effectuate service is EXTENDED until **August 28, 2026**.

SO ORDERED.  Dated March 5, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com

2